1
2
3
4
5
6

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

7
8
9   NICHOLE CAMPBELL and NATHAN )   Case No. 1:15-cv-01316---MJS
10  HALL, individually and on behalf of all
    others similarly situated,                )   **CLASS ACTION**
11                                             )
12  Plaintiffs,                                )   **ORDER**
                                               )
13        vs.                                  )
                                               )
14                                             )
15  ALLIED INTERSTATE LLC                      )
                                               )
16  Defendant.                                 )
17                                             )
18  _____ )
19
20        IT IS HEREBY ORDERED that the Request to Continue Initial Case
21
    Management Conference from December 3, 2015, to January 28, 2016, is hereby
22
23  granted.  The Initial Case Management Conference will now be held on January
24  28, 2016, at 4:00 PM.
25  IT IS SO ORDERED.
26
27    Dated:   __November 25, 2015__        __/s/ *Michael J. Seng*__
                                            UNITED STATES MAGISTRATE JUDGE
28

Order - 1

Order - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28