IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE CAMPBELL,** | 1:15-cv-01316 --- MJS |
| Plaintiff, | **VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| **ALLIED INTERSTATE LLC,** | **(ECF No. 11)** |
| Defendant. | |

Nicole Campbell ("Plaintiff") filed a notice with the Court asking that the action be voluntarily dismissed, with prejudice (ECF No. 11).

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal prior to the opposing party filing an answer or dispositive motion. Allied Interstate LLC, defendant, has yet to respond to the complaint. Accordingly, this action is DISMISSED, with prejudice, in its entirety.

IT IS SO ORDERED.

Dated: __March 28, 2016__       /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

1